# Robinson+Cole

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida
and New Jersey

August 14, 2025

*Via ECF*
Hon. Ronnie Abrams, U.S.D.J.
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

Re: *Anna Mienko v. Memorial Sloan Kettering Cancer Center Welfare Benefits Plan, Executive Benefits Committee and Metropolitan Life Insurance Company*
**Case No. 1:25-cv-05218-RA**

Dear Judge Abrams:

      This office represents the Defendants, Metropolitan Life Insurance Company ("MetLife"), the Memorial Sloan Kettering Cancer Center Welfare Benefits Plan, and the Executive Benefits Committee, in the above-referenced matter. We write to respectfully request a two-week adjournment of the initial conference scheduled in this matter from August 22, 2025 to September 5, 2025. Counsel was only recently retained to represent all of the Defendants in this action and thus, requests a brief adjournment of the initial conference in order to review the relevant documents necessary to understand the Defendants' position on the merits and have a meaningful discussion regarding appropriate deadlines.[1] This is Defendants' first request for an extension of this deadline and Plaintiff consents to the extension of time.

      I appreciate your attention to this matter.

---

[1] Notably, the Defendants have not yet responded to the Complaint, which responses are due (for MetLife) on August 28, 2025, and for the other Defendants on September 29, 2025. Notably, Defendants will likely file a single joint Answer on August 28, 2025. The requested adjournment would set this conference for September 5, 2025 (*i.e.*, after Defendants file their response to the Complaint).

Boston | Hartford | New York | Washington, DC | Providence | Miami | Austin | Stamford | Wilmington | Philadelphia | Los Angeles | Albany

rc.com | Robinson & Cole LLP

**Robinson+Cole**

Hon. Ronnie Abrams, U.S.D.J.
August 14, 2025
Page 2

Respectfully submitted,

*/s/ Matthew P. Mazzola*

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)

Application granted. The conference previously scheduled for August 22, 2025 is hereby adjourned to September 5, 2025 at 11:00 a.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
August 15, 2025